COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



MEMORANDUM ORDER

Appellate case name:     *Hung Dasian Truong v. The State of Texas*

Appellate case number:   01-18-00454-CR

Trial court case number: 1172979

Trial court:             339th District Court, Harris County, Texas

The above-captioned case is an appeal from the trial court's May 10, 2018 order recommitting appellant for inpatient treatment at Rusk State Hospital. Also currently pending before this Court, in cause number 01-16-00390-CR, is appellant's appeal of the trial court's May 3, 2016 order recommitting him for inpatient treatment.

The trial court's May 10, 2018 order is the current order under which appellant is committed at Rusk State Hospital. This order will expire in May 2019. Due to the time-sensitive nature of this appeal, we **order** the Clerk of this Court to set the 2018 appeal on an accelerated timeline. *See* TEX. R. APP. P. 38.6(d) (allowing appellate court, in interests of justice, to shorten time for filing briefs and for submission of case). Appellant is **ordered** to file his appellate brief challenging the merits of the May 10, 2018 order within 20 days of the date of this order. The State is **ordered** to file its responsive brief, if any, within 20 days of the date appellant's brief is filed with this Court. The 2018 appeal will then immediately be set for submission.

It is so ORDERED.

Judge's signature: /s/ Evelyn V. Keyes
                   ☒ Acting individually   ☐ Acting for the Court

Date:  October 30, 2018